PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jose Polanco                                                         Cr.: 01-690-022

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr., U.S.D.J.

Date of Original Sentence: 09/16/03

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: Thirty months incarceration, five years supervised release

Type of Supervision: TSR                                          Date Supervision Commenced: 12/24/03

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>Offender was arrested on December 13, 2005, by the Paterson Police Department for aggravated assault which occurred on November 21, 2005. According to information received from the Paterson Police Department, on November 21, 2005, the offender assaulted his long time pregnant girlfriend by choking her. The matter is pending action at the Paterson Municipal Court on January 26, 2006. |
| 2. | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'<br><br>Offender failed to report the above noted arrest to the U.S. Probation Department on or before December 15, 2005, or anytime thereafter. The U.S. Probation Department learned of this arrest through an FBI flash notice. |

U.S. Probation Officer Action:

USPO recommends no court action at this time pending disposition of criminal charges. USPO will keep the court apprised of further developments regarding this offense or ongoing non-compliant behavior.

PROB 12A - Page 2
Jose Polanco

Respectfully submitted,

By: Jessica M. Alberts
U.S. Probation Officer
Date: 12/21/08

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

1-23-06
_____
Date