PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Polanco        Cr.: 01-00690-022

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr., U.S.D.J.

Date of Original Sentence: 09/16/03

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: 30 months imprisonment, five years supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: 12-24-03

Assistant U.S. Attorney: Shawn Yen        Defense Attorney: David Rhoads

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | Offender was arrested on December 13, 2005, by the Paterson Police Department, for aggravated assault, which occurred on November 21, 2005. According to the information received from the Paterson Police Department, on November 21, 2005, the offender assaulted his long time pregnant girlfriend by choking her. On June 15, 2006, the charge was no billed. |
| 2 | The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'** |
| | Offender failed to report the above noted arrest to the U.S. Probation Department on or before December 15, 2005, or anytime thereafter. The U.S. Probation Department learned of this arrest through an FBI flash notice. |

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |

Offender left a voice mail on June 21, 2006, indicating that he intended to report to the U.S. Probation Office the following week. The offender failed to report and has not made any efforts to correspond with the probation office. Two unsuccessful home visits have been attempted at his last reported address. On August 18, 2006, a letter was mailed to the same address directing the offender to report on August 25, 2006. The offender did not report to the probation office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 09/07/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9-18-06
Date